# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                         No. 18-CR-0468 WJ

STEVEN J. ANICHOWSKI,
JONATHAN J. MCGECHIE, and
TAKUMI NISHIMORI,

    Defendants.

## ORDER

This matter came before the Court on the Unopposed Motion of Defendant Jonathan McGechie to Substitute Counsel (Doc. 38). The Court finds that the motion is well taken, that counsel's withdrawal is mandatory for the reasons set forth in the motion, and that the United States does not oppose the motion. The Court grants the motion. Molly Schmidt-Nowara is substituted for Zachary A. Ives as counsel for Jonathan McGechie. Zachary A. Ives is withdrawn as counsel for Mr. McGechie.

It is so ordered.

_____
WILLIAM P. JOHNSON
CHIEF U.S. DISTRICT JUDGE