UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                                   No. 18-CR-0468 WJ

JONATHAN MCGECHIE,

      Defendant.

## NOTICE OF SUBSTUTION OF COUNSEL

Shammara H. Henderson (Freedman Boyd Hollander Goldberg Urias & Ward, P.A.) hereby enters her appearance in substitution of Molly Schmidt-Nowara on behalf of Defendant Jonathan McGechie.

      Respectfully Submitted,

      */s/ Shammara H Henderson*

      Shammara H. Henderson
      Freedman Boyd Hollander
      Goldberg Urias & Ward, P.A.
      20 First Plaza, Ste. 700
      Albuquerque, NM 87102
      505-842-9960 office
      505-842-0761 fax

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2019, I filed the foregoing document electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

*Shammara H Henderson*

Shammara H. Henderson